1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER ROBERT LUTE,              Case No. 1:20-cv-01122-ADA-CDB (PC)

12                    Plaintiff,            ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS TO DISMISS CLAIM
13          v.                              TWO OF PLAINTIFF'S SECOND AMENDED
                                            COMPLAINT
14    E. SILVA, et al.,
                                            (ECF No. 27)
15                    Defendants.

16

17          Plaintiff Christopher Robert Lute is proceeding *pro se* and *in forma pauperis* in this civil

18    rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 16, 2023, the assigned Magistrate Judge issued findings and recommendations

21    following screening of the second amended complaint, recommending that this action proceed on

22    Plaintiff's Eighth Amendment excessive force claims against Defendants Moreno, Randolph,

23    Romero, and Valladolin. (ECF No. 27.) It was further recommended the remaining claims in

24    Plaintiff's Second Amended Complaint be dismissed. (*Id*. at 8.) The Magistrate Judge provided

25    Plaintiff 14 days within which to file any objections to the findings and recommendations.  (*Id.*)

26    More than 14 days have elapsed, and no objections have been filed.

27    //

28

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The findings and recommendations issued on May 16, 2023 (ECF No. 27) are **ADOPTED** in full;

2.  This action shall **PROCEED** on Plaintiff's Eighth Amendment excessive force claims against Defendants Moreno, Randolph, Romero, and Valladolin (claim one) as alleged in Plaintiff's second amended complaint, brought pursuant to 42 U.S.C. § 1983;

3.  The remaining claims in Plaintiff's Second Amended Complaint are **DISMISSED**; and,

4.  The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:     June 30, 2023                    _____

UNITED STATES DISTRICT JUDGE

2