UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE, | Case No. 1:20-cv-01122-CDB (PC) |
| Plaintiff, | **ORDER VACATING REMAINING DISCOVERY DEADLINES PENDING RESOLUTION OF PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| E. SILVA, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's fully-briefed and submitted motion to compel. (Docs. 80, 87, 90.).

The existing deadlines for the completion of all discovery and for the filing of dispositive motions in this action are May 5 and July 15, 2026, respectively. In order to permit time for the Court's resolution of Plaintiff's motion, the Court will vacate those deadlines. *See Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012) (district courts have broad discretion to manage discovery and to control the course of litigation under the applicable Federal Rules of Civil Procedure).  The Court will reset the relevant deadlines following resolution of the motion to compel, as necessary.

**Conclusion and Order**

For the reasons set forth herein, it is HEREBY ORDERED that the deadlines to complete discovery (May 5, 2026) and to file dispositive motions (July 15, 2026) are VACATED, to be

reset following the Court's resolution of Plaintiff's pending motion to compel (Doc. 80).

IT IS SO ORDERED.

Dated:    **April 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE