UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>Plaintiff,<br><br>v.<br><br>E. SILVA, et al.,<br><br>Defendants. | Case No. 1:20-cv-01122-CDB (PC)<br><br>**ORDER RESETTING DEADLINES FOR THE COMPLETION OF DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS**<br><br>Completion of All Discovery:   8/21/2026<br><br>Filing of Dispositive Motions:  10/30/2026 |

Plaintiff Christopher Robert Lute is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants E. Moreno, A. Randolph, E. Romero and O. Valladolid.

On April 10, 2026, the Court vacated the previously-imposed deadlines concerning the completion of discovery and the filing of dispositive motions pending resolution of Plaintiff's motion to compel. (Doc. 91.) Because Plaintiff's motion to compel has been resolved (Doc. 92), the Court will reset the relevant deadlines.

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1. The deadline for the completion of discovery is **RESET to August 21, 2026**; and

2. The deadline for filing dispositive motions is **RESET to October 30, 2026**.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE