UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE, | Case No. 1:20-cv-01122-CDB (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF DOCKET ENTRY NUMBER 92** |
| v. | |
| E. SILVA, et al., | (Doc. 94) |
| Defendants. | **ORDER DIRECTING CLERK TO RE-SERVE DOCKET ENTRY NUMBER 92** |

Plaintiff Christopher Robert Lute is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants E. Moreno, A. Randolph, E. Romero and O. Valladolid.

On June 18, 2026, the Court served Plaintiff with its Order Denying Plaintiff's Motion to Compel Discovery. (Doc. 92.)

On June 30, 2026, Plaintiff filed a "Request For An Order For Clerk To Send Copy of Doc. 92." (Doc. 94.) Plaintiff states that on June 25, 2026, jail staff delivered his mail, including a copy of the Court's order denying his motion to compel, but it was "missing all the relevant background past the first page." (*Id*. at 1-2.) Plaintiff asks the Court to "replace lost pages of incomplete order." (*Id*. at 2.)

Plaintiff's request will be granted.

**<u>Conclusion and Order</u>**

Accordingly, the Court **HEREBY DIRECTS** the Clerk of the Court to re-serve Plaintiff with a copy of the Court's 19-page Order Denying Plaintiff's Motion to Compel Discovery (Doc. 92) issued June 19, 2026.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE