UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br>Plaintiff,<br>v.<br>E. SILVA, et al.,<br>Defendants. | Case No. 1:20-cv-01122-CDB (PC)<br>**ORDER FOLLOWING DEFENDANTS' RESPONSE FILED JULY 27, 2026** |

Plaintiff Christopher Robert Lute is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants E. Moreno, A. Randolph, E. Romero and O. Valladolid.

**I. RELEVANT BACKGROUND**

On June 18, 2026, the Court issued its Order Denying Plaintiff's Motion to Compel Discovery. (Doc. 92.) Relevant here, the Court ordered Defendants to "review their discovery responses to ensure that any double-sided documents were copied completely and produced to Plaintiff. If any double-sided documents were not copied completely, Defendants shall provide any missing documents to Plaintiff within 14 days of the date of this order." (*Id*. at 19.)

On July 13, 2026, Plaintiff filed a document titled "Plaintiffs Declaration to Courts Order Dated July 17, 2026," declaring "Side 2 of the 602 has not been provided." (Doc. 96.)

On July 21, 2026, the Court issued a minute order directing Defendants to "file a declaration no later than 7/28/2026 in which counsel attests whether a review of their discovery responses was conducted and whether any incomplete, double-sided documents were identified and provided to Plaintiff …." (Doc. 97.)

On July 27, 2026, Defendants filed their declaration. (Doc. 98.)

**II. DISCUSSION AND CONCLUSION**

Defendants have submitted the Declaration of Neda I. Boyd, supported by Exhibits A through E. (Doc. 98.) The Court has reviewed the declaration and its supporting documentation and finds Defendants have fully complied with the Court's July 18, 2026, order. More particularly, based on the documentation provided, the Court accepts defense counsel's declaration that "[n]o separate 'Side 2' page or any incomplete double-sided documents are in Defendants' possession, custody, or control." Plaintiff has been provided all relevant documentation involving grievance log number 4691.

Accordingly, the Court **HEREBY ORDERS** that Plaintiff's concerns expressed in his filing of July 13, 2026 (Doc. 96) are **RESOLVED**.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE